APPEAL No. 79-149. IN RE SUSAN. The respondent's motion for stay of execution of the sentence imposed by order of the Family Court is granted, provided that the continuation of such stay shall be contingent upon an early hearing of this matter. This case is assigned to the October, 1979 calendar for oral argument and no extensions of the time for filing briefs shall be granted. Mr. Justice Weisberger did not participate. *A. Earl Shaw, Jr.,* Town Solicitor, for

petitioner. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for respondent.